**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:    **ORDER**

:    23 Cr. 00273
SHONDELL WALKER
:    Docket #

:
------------------------------------x

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act.  Upon the request of the attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____Martin J. Siegel_____ is appointed to represent the defendant.  This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

Martin J. Siegel
Print Attorney's Name

111 John Street, Suite 800
Address
New York, NY 10038

(212) 349-9190
Telephone

SO ORDERED:

_Jennifer H. Rearden_
Presiding Judge

1/26/2024
DATED

_[signature]_
Laura Taylor Swain
Chief Judge

1/26/2024
DATED