UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SHONDELL WALKER,<br>                          Defendant. | 23 Cr. 00273 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

As set forth on the record at the February 8, 2024 proceeding, it is hereby ORDERED that Defendant's conditions of supervised release are modified to include a curfew to be established by the Probation Office, enforced with monitoring technology left to the discretion of the Probation Office.  All other conditions remain in place.

SO ORDERED.

Dated: February 8, 2024
       New York, New York

                                                  */s/ Jennifer H. Rearden*
                                                  JENNIFER H. REARDEN
                                                  United States District Judge