UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           -v.-<br><br>SHONDELL WALKER,<br>                              Defendant. | 23 Cr. 00273 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On January 26, 2024, pursuant to Section VII(D) of the Southern District of New York's CJA Plan, the Court temporarily appointed Martin Siegel to the District's CJA Panel for the purpose of representing Defendant Shondell Walker in this matter. The Court appointed Mr. Siegel based on, *inter alia*, the financial information furnished by Defendant in connection with his CJA application in the then-pending Eastern District of New York litigation, *see United States v. Shondell Walker*, 10 Cr. 615.

By **February 16, 2024**, Defendant shall file an updated CJA 23 form that demonstrates his continued entitlement to the appointment of counsel.

SO ORDERED.

Dated: February 12, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge