UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SHONDELL WALKER,<br>                      Defendant. | 23 Cr. 00273 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On February 12, 2024, the Court directed Defendant, "[b]y **February 16, 2024**, [to] file an updated CJA 23 form that demonstrates his continued entitlement to the appointment of counsel." ECF No. 10 (emphasis in original). Defendant has not filed the required updated form. He shall do so forthwith.

SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                      _____
                                                      JENNIFER H. REARDEN
                                                      United States District Judge