TELEPHONE (212) 349-9190

**MARTIN J. SIEGEL**
ATTORNEY AND COUNSELLOR AT LAW

Suite 110
1360 Hamburg Turnpike
Wayne, NJ 07470-4058
E Mail: Mart2u@aol.com

> Application GRANTED.  The conference scheduled for **March 27, 2024** is hereby ADJOURNED to **May 29, 2024** at 11:30 a.m.
>
> On **April 15, 2024** and **May 15, 2024**, the parties shall submit a joint status report, with Probation's input, regarding (1) Defendant's compliance with the terms of his supervision; and (2) any pertinent developments in connection with the state court proceedings.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: March 13, 2024

Member of the Bar of:
New York
California
District of Columbia

March 12, 2024

Honorable Jennifer H. Reardon
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Reardon:

Re: U.S.A. vs. Shondell Walker<br>23 Cr 273

The defendant Shondell Walker has been charged with a violation of supervised release. The basis of the violation is that Mr. Walker was arrested in Brooklyn charged with Robbery in the First Degree which allegedly occurred on December 6, 2023...  The arrest occurred approximately 3 weeks later on or about December 26, 2023. At his arraignment in Kings County, Mr. Walker was released on his own recognizance with a return date on March 7, 2024

I have been advised that on March 7th the Brooklyn Criminal Court adjourned Mr. Walker's case until on or about July 26, 2024. The adjournment was made by at the request of the Kings County Prosecutor's Office due to a lack of grand jury action.

I have been in communication with Benjamin Burkett, Esq. the Assistant in charge of this matter as well as Federal Probation Office Ms. Urshala Herald who supervises Mr. Walker. All sides agree, with the consent of this Court, that the scheduled conference set for March 27th be adjourned to a date in

– 2 –                                                                                              March 12, 2024

either May or June depending on the Court's schedule. There is not a request, at this point, to modify the release or supervision conditions of Mr. Walker.

Therefore it is requested that the conference scheduled for March 27, 2024 be adjourned to a date convent to the Court in either May or June

Sincerely yours,

/S/

MARTIN J. SIEGEL

Cc-

Benjamin Burkett, Esq.
One Saint Andrew's Plaza
New York, NY 10007
Tel: 212-637-2455
Benjamin.Burkett@usdoj.gov

Ms. Urshala Herald
U.S. Probation Officer
urshala_herald@nysp.uscourts.gov