UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -v.-<br><br>SHONDELL WALKER,<br><br>              Defendant. | 23 Cr. 00273 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The conference in this matter is adjourned to **June 11, 2024** at **2:00 p.m.**

SO ORDERED.

Dated: May 31, 2024
       New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge