TELEPHONE (212) 349-9190

# MARTIN J. SIEGEL
ATTORNEY AND COUNSELLOR AT LAW

Suite 110
1360 Hamburg Turnpike
Wayne, NJ 07470-4058
E Mail: Mart2u@aol.com

*The Court extends its condolences to counsel. The conference is adjourned to **July 1, 2024** at **12:15 p.m.***

Member of the Bar of:
New York
California
District of Columbia

*The Clerk of Court is directed to terminate ECF No. 28.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: June 11, 2024*

June 9, 2024

Honorable Jennifer H. Rearden
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Reardon:

                Re: U.S.A vs. Shondell Walker
                     23 Cr 273

This matter is scheduled for Tuesday June 11, 2024 at 2PM.

On Saturday night (June 8) I received word that Dr. Robert Corwin my closest friend of 57 years had suddenly passed from the ill effects of cancer. Dr. Corwin and I met in the late 1960s while we were both serving in the US Army. From that time on we, as well as our families have become very close.

The funeral is scheduled for Tuesday June 11, the same day as the instant matter. I have been requested to speak at the funeral as to my long history and relationship with my dear friend as well as serve as a Pall Bearer.

– 2 –                                          June 9, 2024

Under the circumstances of my need to appear at the ceremony and the internment I will unable to appear at the scheduled Court appearance.

In order to assist the Court in re scheduling this matter, I am available on the following dates; June 12, 13, 17, 18, 19, 20, and 21. If more proposed dates are needed, I will be happy to provide them.

I request that the Court consider the tragic and devastating circumstances and grant this request.

Sincerely yours,

/S/

MARTIN J. SIEGEL


Cc-

Benjamin Burkett
One Saint Andrew's Plaza
New York, NY 10007
Tel: 212-637-2455
Benjamin.Burkett@usdoj.gov

Urshala Herald
U.S. Probation Officer
urshala_herald@nysp.uscourts.gov